[Thomas v. Thomas.]

# Thomas *v.* Thomas.

*Bill for Divorce.*

(Decided June 10, 1909.   49 South. 1027.)

*Appeal and Error; Decree to Sustain; Overruling Demurrer to
Cross bill.*—No appeal lies from a decree sustaining or overruling demurrer to a cross bill, such decree not coming within the purview of
section 2838, Code 1907.

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

Bill by Charles E. Thomas against Carrie B. Thomas
for a divorce on the grounds of abandonment.   The
respondent filed a cross bill for divorce on the ground
of cruelty and other statutory causes, and also prayed for
the cancellation of an instrument in writing which is
attached  to her cross bill  as an exhibit.   From  a decree overruling demurrers to the cross bill, complainant appeals.   Dismissed.

BLACKWELL & AGEE, for appellant.   Counsel discuss
the demurrers ·to the cross bill ·and cite authority to
sustain their contention, that the court erred in overruling them.

WILLETT & WILLETT, for appellee.   Counsel insist
that the appeal is not authorized of our statutes and
that the same should be dismissed.   They cite section
2838, Code 1907, and the authorities thereunder cited.

SIMPSON, J.—This is an appeal from a decree overruling a demurrer to a cross-bill.   There is no authority
of law for an appeal from an interlocutory decree overruling a demurrer to a cross-bill.—Code 1907, § 2838;

*Barclay, Assignee, et al. v. Spragins,* 80 Ala. 357; *Jones
v. Woodward Iron Co.,* 90 Ala. 545, 8 South. 132; *Festo-
razzi v. St. J. C. Ch.,* 96 Ala. 178, 10 South. 521; *Buford
v. Ward,* 108 Ala. 307, 19 South. 357; *Richardson v.
First Nat. Bank,* 119 Ala. 286, 24 South. 54; *Woodruff
v. Adair,* 120 Ala. 659, 24 South. 1006; *Throne-Franklin
shoe Co. v. Gunn,* 123 Ala. 640, 26 South. 198.

The appeal is dismissed.

DOWDELL, C. J., and McCLELLAN and MAYFIELD, JJ.,
concur.